IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLSTATE VEHICLE AND** | : | **CIVIL ACTION** |
| **PROPERTY INSURANCE COMPANY** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TOP LINE BUILDERS, LLC, W XAVIER** | : | |
| **CONSTRUCTION LLC d/b/a WX** | : | |
| **Construction and SIMON & SONS** | : | |
| **REMODELING LLC** | : | **NO. 23-3974** |

## ORDER

**NOW,** this 20th day of December, 2023, upon consideration of the Plaintiff's Motion for Alternative Service of the Complaint Against Defendant, Simon & Sons Remondeling [sic.] LLC (Doc. No. 18), it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that the plaintiff shall serve Simon & Sons Remodeling LLC with the summons and a copy of the Complaint no later than **February 12, 2024**.

_____
TIMOTHY J. SAVAGE, J.